In the Matter of the Application of FRANK G. FROSCH, Petitioner, Respondent, for an Order against PAUL J. KERN, as President of the Municipal Civil Service Commission of the City of New York, FERDINAND Q. MORTON and WALLACE SAYRE, as Commissioners of the Municipal Civil Service Commission of the City of New York; JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and KENNETH A. DAYTON, Director of the Budget of the City of New York, Appellants, and S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, Respondents.— Order granting an application for an order, pursuant to article 78 of the Civil Practice Act, directing appellants to approve the appointment of petitioner-respondent to the position of " Clerk to the Board of Elections of the City of New York," unanimously affirmed, with ten dollars costs and disbursements, upon authority of *Matter of Fugazy* v. *Kern* (*post*, p. 1006), decided herewith. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.